AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUINTON J. WILLIAMS,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-93
(formerly 4:18-cr-264)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's July 28, 2022 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court. Petitioner's 28 U.S.C. § 2255 Motion is denied. Petitioner is also denied the a Certificate of Appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _[signature]_

7/29/2022
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020